APPEAL No. 76-368. LUDGER DUBUC *v.* ROYAL INDUSTRIES *et al.* Motion of defendant for a stay of proceedings in the Superior Court is denied. The petition for writ of certiorari is denied. *Leonard A. Decof, Ltd., Leonard Decof, Mark S. Mandell,* for plaintiff. *Adler, Pollock & Sheehan, Incorporated, Peter Lawson Kennedy,* for defendant Donatelli Building Co., Inc.

APPEAL No. 76-378. SHEPARD & MORSE LUMBER COMPANY *v.* CONTRACTORS SERVICE INCORPORATED. Motion of plaintiff to remand to Superior Court granted. *Winograd, Shine & Zacks, John M. Roney,* for plaintiff. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for defendant.

November 1, 1976.

M. P. No. 76-188. ELSIE M. WHYTE *v.* FRANK L. SULLIVAN *et al.* Motion of petitioner to supplement the record by adding thereto the exhibits contained in the record appendix previously filed by the petitioner is granted. *Saunders & Torres, Ernest C. Torres,* for petitioner. *Taft & McSally, Bernard F. McSally,* for respondents.

APPEAL No. 76-192. J. ARVID JOHNSON *v.* RHODE ISLAND HOSPITAL TRUST BANK *et al.* Motion of defendants to dismiss is denied as moot. *Dick & Hague, William F. Hague, Jr.,* for plaintiff. *William J. McGair,* for defendants.